

**Entered on Docket**
**December 03, 2010**

_____
**Hon. Linda B. Riegle**
**United States Bankruptcy Judge**
_____

WILDE & ASSOCIATES
Gregory L. Wilde, Esq.
Nevada Bar No. 004417
212 South Jones Boulevard
Las Vegas, Nevada 89107
Telephone: 702 258-8200
bk@wildelaw.com
Fax: 702 258-8787

MARK S. BOSCO, ESQ.
Arizona Bar No. 010167
TIFFANY & BOSCO, P.A.
2525 East Camelback Road, Suite 300
Phoenix, Arizona 85016
Telephone: (602) 255-6000

Wells Fargo Bank, N.A.
10-74034

# UNITED STATES BANKRUPTCY COURT
## DISTRICT OF NEVADA

| In Re: | Bk Case No.: 10-28783-lbr |
|---|---|
| Brenda L. Wright fka Brenda L. Jones and fdba Western Freight Brokerage Inc. | Date: 11/24/2010<br>Time: 10:30 am |
| | Chapter 7 |
| Debtors. | |

### ORDER VACATING AUTOMATIC STAY

IT IS HEREBY ORDERED, ADJUDGED AND DECREED that the Automatic Stay in the above-entitled bankruptcy proceedings is immediately vacated and extinguished for all purposes as to

1 | Secured Creditor Wells Fargo Bank, N.A., its assignees and/or successors in interest, of the subject

2 | property, generally described as 3454 Legendary Drive, Las Vegas, NV 89121.

3 |        **IT IS FURTHER ORDERED, ADJUDGED and DECREED** that the Secured Creditor shall

4 | give Debtors at least fourteen business days' notice of the time, place and date of sale.

5 | Submitted by:

6 | **WILDE & ASSOCIATES**

7 | By:_____
8 | Gregory L. Wilde, Esq.
  | Attorney for Secured Creditor

9 |
10 | **APPROVED / DISAPPROVED**

11 | By: _See page #3_____
  | Lucien A. Cravens, Jr.
12 | Attorney for Debtor(s)

13 | **APPROVED / DISAPPROVED**

14 | By:_____
  | Yvette Weinstein
15 | Chapter 7 Trustee

1. Secured Creditor Wells Fargo Bank, N.A., its assignees and/or successors in interest, of the subject property, generally described as 3454 Legendary Drive, Las Vegas, NV 89121.

   **IT IS FURTHER ORDERED, ADJUDGED and DECREED that the Secured Creditor shall give Debtors at least fourteen business days' notice of the time, place and date of sale.**

Submitted by:

**WILDE & ASSOCIATES**

By:_____
**Gregory L. Wilde, Esq.**
Attorney for Secured Creditor

APPROVED / ~~DISAPPROVED~~

By:_____
Lucien A. Cravens, Jr.
Attorney for Debtor(s)

APPROVED / DISAPPROVED

By:_____
Yvette Weinstein
Chapter 7 Trustee

ALTERNATIVE METHOD re: RULE 9021:

In accordance with Local Rule 9021, counsel submitting this document certifies that the order accurately reflects the court's ruling and that (check one):

____ The court has waived the requirements set forth in LR 9021(b)(1).

____ No party appeared at the hearing or filed an objection to the motion.

__X__ I have delivered a copy of this proposed order to all counsel who appeared at the hearing, and any trustee appointed in this case any unrepresented parties who appeared at the hearing, and each has approved or disapproved the order, or failed to respond, as indicated below.

Debtor's counsel:

__X__ approved the form of this order       ____ disapproved the form of this order

____ waived the right to review the order and/or      ____ failed to respond to the document

____ appeared at the hearing, waived the right to review the order

____ matter unopposed, did not appear at the hearing, waived the right to review the order

Trustee:

____ approved the form of this order       ____ disapproved the form of this order

____ waived the right to review the order and/or      __X__ failed to respond to the document

____ I certify that this is a case under Chapter 7 or 13, that I have served a copy of this order with the motion pursuant to LR 9014(g), and that no party has objected to the form or content of the order.

I declare under penalty and perjury that the foregoing is true and correct.

Submitted by:
/s/ Gregory L. Wilde, Esq.
Gregory L. Wilde, Esq.
Attorney for Secured Creditor